

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2024

**VIA ECF**

The Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007-1312

      Re:    *United States v. Bhiwapurkar*, **23 Cr. 319 (ALC)**

Dear Judge Carter:

      The sentencing hearing for defendant Atul Bhiwapurkar in the above-captioned case currently is scheduled for April 12, 2024, at 2:00 p.m. In advance of that sentencing proceeding, the Government respectfully requests that the Court enter the enclosed proposed Consent Preliminary Order of Forfeiture / Money Judgment, attached as Exhibit A, which has been signed by the parties and which is consistent with the provisions of the defendant's plea agreement in this case.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                    by:  _____
                                    Alex Rossmiller
                                    Assistant United States Attorney
                                    (212) 637-2415

Enclosure

Cc:    *Counsel to Atul Bhiwapurkar* (via ECF)