# EXHIBIT C

**Date: April 8th, 2024**

To,

Honorable Judge Andrew L. Carter
United States District Court Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

This is Abhijit Turang; I am IT Engineering Manager and resident of the State of New Jersey. I am writing to attest to the character and integrity of my dear friend, Amit Dagar, and to plead for leniency in his sentencing.

I have known Amit for over 20 years, having been roommates while pursuing our master's degrees at the University of Texas at Arlington. Our friendship has grown into a strong bond, making him not only one of my closest friends but also a part of my family.

Throughout the years, I have observed Amit to be a person of high integrity, honesty, responsibility, trustworthiness, and hard work. One of his best qualities is his willingness to help others. As a roommate, he consistently went above and beyond for others, earning our reliance on him for many things. He was always our designated driver and a responsible individual always ready to assist those in need. He never hesitated to lend a helping hand.

Amit's cheerfulness, enthusiasm, positive attitude, and intellect have left a lasting impact on many people. He has a gift for bringing smiles to others and being a source of support in both successful and challenging times.

Personally, I have always relied on Amit as a dependable friend whom I can count on in any situation. For instance, when I was ▊▊▊▊▊ and without family support, Amit took care of me, driving all the way from Connecticut to New Jersey as soon as he learned of ▊▊▊▊▊▊▊▊. He provided me with support and ensured my comfort. He has never disappointed me; he is a true friend and family member.

I have witnessed Amit demonstrate his integrity and compassion as a husband, father, friend, and member of our community. His wife and daughter are the most important people in his life, and he is a devoted father. I have seen the toll these current challenges

have taken on him and his family. Despite his inner turmoil, he remains steadfast for the sake of his loved ones, particularly his young daughter and old mother.

Amit has expressed sincere remorse for his lack of judgment that led to his current situation. He is committed to learning from this experience and making necessary amends. I believe this experience will serve as a turning point for him.

Your Honor, it saddens me to have to write this letter, and I plead you to consider leniency in Amit's sentence. I sincerely urge you to consider Amit's positive contributions and his commitment to making amends. With the opportunity for redemption, I am confident that Amit will once again become a valuable member of society, contributing positively and effectively.

Thank you for considering this letter and for taking the time to review Amit's case with compassion and understanding.

Sincerely,

Abhijit Turang

Rockaway, NJ -07866
M:
Email:

**Amit Bansal**

(Cell) ████████████

Email: ████████████████

02 Apr 2024.

**Honorable Andrew L. Carter, Jr.**

United States District Judge

Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

**Dear Judge Carter**,

I hope this letter finds you well. I am writing to you today on behalf of Amit Dagar, whom I have known for 13 Years. I understand that he is currently facing charges and is awaiting sentencing. As someone who has had the privilege of knowing Amit Dagar closely, I feel compelled to share my perspective on his character and the circumstances surrounding the case.

I have witnessed firsthand the values he holds dear to his heart, particularly when it comes to family, friendship, and helpfulness. He comes from a family where love, respect, and support are paramount. Despite facing challenges, he has always prioritized his family's well-being and has been a pillar of strength for them.

As a father of a 4-year-old girl child, Amit Dagar prioritizes his family above all else. He approaches fatherhood with a sense of responsibility and devotion that is truly admirable. Despite the challenges he faces, he consistently strives to provide a nurturing and supportive environment for his child, ensuring that they grow up surrounded by love and stability.

Moreover, Amit has been an exemplary friend to many, including myself. He has consistently demonstrated loyalty, compassion, and understanding in our interactions. His willingness to lend a helping hand, whether it's offering a listening ear or providing practical assistance, reflects his genuine concern for others' welfare.

Also, at the workplace I have seen him as a manager to be a great mentor and been very patient with the subordinate staff that worked under him, encouraging them, listening to their problems, providing solutions, and never pressurizing them.

I firmly believe that Amit is remorseful for his actions and is committed to making amends. He acknowledges the gravity of the situation and is determined to learn from his mistakes. I am confident that with the support of his loved ones and the opportunity given to amend, he will emerge from this experience as a better person.

Your Honor, I respectfully urge you to consider these aspects of Amit Dagar's character and the positive contributions he has made to his family and community. While accountability is essential, I believe that a compassionate, lenient, and understanding approach would better serve the interests of justice in this case, allowing Amit Dagar the chance to redeem himself and continue his journey towards being a good father and bringing positive influence in the lives of his family and community.

Thank you for taking the time to consider my perspective. Should you require any further information or clarification, please do not hesitate to contact me. I trust in your wisdom and fairness in adjudicating this matter.


Sincerely,


**Amit Bansal**

Amit Bhanose



Hillsborough, NJ

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing this letter on behalf of Amit Dagar. I have known him as a caring friend for almost 20 years. Like me, he is a first-generation immigrant. In fact, Amit has been waiting to get his green card for the last 15 years. His mother and two siblings are residing in India. In the US, we are each other's family.

As a frequent visitor of Amit and his wife, Shruthi's home, I have had many opportunities to observe Amit's love and attachment for Shruthi and their 4-year-old daughter, ████. I have seen him actively and immensely involved in bringing up his daughter from the day she was born. The love and affection they have for one another is palpable.

By nature, Amit is a very happy, optimistic, positive person and has a great sense of humor. In my opinion, he has managed to assimilate himself into the American culture with great success. He loves American football. I am often amazed how much he has learnt the intricacies of the game. Not only did they invite me and many friends to watch the Super Bowl together for past many years at their home, Amit and Shruthi would also host dinners for Thanksgiving, Christmas, and other Indian festivals.



He is a great reliable friend, who is always willing to help others without hesitation. When our close friend's 4-year-old daughter ████████████ ███████████, Amit and Shruthi were there with all the support they could give throughout ████████████. They were there ████████ when needed, brought home cooked food for parents, and ran any errands needed for them. They have developed a permanent bond. He epitomizes the saying 'a friend in need is a friend indeed'.

His father was a teacher and retired as the principal of the college. Sadly, he died ████████ 3 years ago. Both his siblings are well educated, successful in

their respective fields and are happily settled in India. Due to some visa related issues, Amit couldn't visit them as often as he would have liked, but he talks to them on video very routinely on the weekends because of the time difference between the US and India. He talks fondly about his nieces and nephew. His nephew looks up to Amit.

The criminal proceedings and the verdict have totally shattered Amit's confidence and shaken his core. He has been avoiding social gatherings and meeting his friends. I am afraid that it has changed him permanently. It saddens me to see him and his family going through this since last year. I believe in my friend, and I pray to the God to give him strength. Amit's wife and daughter rely on his support. I can't imagine how difficult it will be for them to manage without him. I respectfully urge you to please consider these points when sentencing him.

Respectfully,

Amit Bhanose

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing this letter on behalf of my brother-in-law, Amit Dagar. I know Amit since a few years and I have lived at his place with his family for almost 2 years. I want to shed some light on how kind, generous and extremely helpful Amit is.

To better explain Amit's character, I would like to quote John Weasley - "Do all the good you can, by all the means you can, in all the places you can, in all the ways you can, at all the times you can, to all the people you can, as long as you can." Amit is a living example of this quote. He goes out of his way to be good, do good, help anyone and everyone, in every way he can.

Recently, when Amit's trial was ongoing, ████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
███████████. Even though, Amit himself was going through such a stressful situation, he did everything he could to comfort me. ███████████████████████████████ but Amit ensured I had everything necessary in my room, constantly said positive and humorous things to lighten up the tense environment, and checked up on me from time to time. This might seem like a small gesture but it meant the world to me and my parents. My mom and dad were at ease knowing that I was at Amit's place. Here, I want to stress on the fact that, he did all this and more, whilst going through the most stressful time of his life. He was the first person I could think of during ████████████ and I stayed at Amit's place until ██████████████████████.

Another incident I want to mention is when I ended up staying at Amit's place for almost 2 years. I graduated from my Masters just before the covid pandemic. During my masters, I stayed on-campus and after graduating, Amit offered me a stay at his place until I found a space I could rent. Just as I moved to his place, the first wave of pandemic hit. Amit insisted I stayed with them during this difficult time and made me feel home. I ended up staying for almost 2 years with them (even after covid) and I did not know how the time flew by. This reflects on how warm, comfortable, and safe Amit made me feel at his place, that I felt home there.

He also went out of his way to help me while I stayed there. Back home, there were some difficulties I was going through due to which I broke down several times and felt helpless. Amit would talk to me every single day, check up on me, motivate me constantly, and helped me feel better each time I felt low with utmost patience and kindness. I always knew Amit as an extremely kind and generous person but living with him made me realize, that Amit has a heart of gold. He is always willing to help people out of sheer kindness and compassion.

Even when I first came for my Masters to this country, I did not know anyone. When I first went to my school, I was told my accommodation was not confirmed. I was asked to come back next

morning to talk to the RA about it. For someone new, in a new country, where everything and everyone was alien, I was a bit shaken and scared. Amit was the first person I reached out to and he immediately drove to Connecticut from New Jersey to pick me up late in the night. When he dropped me back, he ensured I was in safe and secured place on-campus and constantly kept in touch during the initial couple months.

Time and again, I have seen Amit go lengths to help everyone he can, in every way he can. I was in absolute awe several times to see how extraordinarily generous and kind a person could be. He is a great husband, a devoted father and one of the most compassionate human beings. I humbly request Your Honor, to see what Amit truly is and grant him a lenient sentence.


Respectfully yours,
Anisha Vaddepalli

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

Amit, who is my brother-in-law exudes a pleasing personality that draws people towards him effortlessly. Despite not getting to spend much time together, the bond we have formed over two decades is a testament to the depth of connection and mutual respect between us. It speaks volumes about the enduring impression he has made on me, even with limited interactions. This longevity of acquaintance with Amit suggests a lasting impact, highlighting the significance of his presence in my life, however occasional it may be.

He is inherently friendly, always ready with a warm smile and kind words. Caring by nature, he prioritizes his family over everything else, cherishing every moment spent with loved ones.

His affection extends particularly towards children in the family, showing extra care and attention to ensure their well-being and happiness. He embodies the essence of a devoted family person, leaving a lasting impression of love and warmth wherever he goes. In addition to his warm demeanor, he is also remarkably helpful and compassionate, always ready to lend a hand or offer support to those in need.

As a thorough professional, Amit approaches his responsibilities with diligence and dedication, ensuring that tasks are completed efficiently and to the best of his ability. His combination of empathy and professionalism makes him a trusted, confidant and reliable resource in both personal and professional settings.

In addition to his admirable traits, Amit possesses a quiet strength and resilience, navigating life's challenges with grace and determination. His genuine interest in the well-being of others, coupled with his unwavering support, makes him a pillar of strength in times of need. Despite the distance, his presence resonates deeply, leaving a positive impact on those fortunate enough to know him. He exemplifies the qualities of integrity, kindness, and humility, making him not only a beloved relative but also a role model worth emulating.

I hope you will give an opportunity for a second chance to Amit while you make a fair decision.

Warm Regards
Asha Rana

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

March 25th, 2024

Dear Judge Carter,

My name is Bharathi Makkapati. I have known Amit Dagar as a good friend and colleague for over 13 years. Throughout the years of us working together, he was a great aspect to my previous company and a great leader whom I was very glad to be working under. I have watched him grow from a programmer level to the Director level throughout his career at a rapid pace which is not very common in this industry. This goes to show how hard working, dedicated and talented Mr. Dagar is.

I was both troubled and surprised to hear about his recent case as he has always been a good and caring person. He was always supportive of every member in the team and he played a great role in my professional career development also as well as many others who were fortunate to work with him. It is for this reason I am happy to write a letter of reference for Mr. Amit Dagar regarding this matter. I understand the seriousness of this matter, however, hopeful that the court will show some leniency towards Mr. Dagar.

In our friendship he has always been supportive of me, especially when the company I worked for closed. He always made it known to have his team's back and was extra supportive during any major deliverables or critical timelines. In addition to our friendship, he is an upstanding member in the office and a great family man and an even better father to his daughter. While it is unfortunate that he made a mistake, thus resulting in this case, I believe that he is a good family person and deserves a second chance and as we move forward, he will emerge a better person and learn from his mistake.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Amit Dagar to be an honorable individual, a valuable member of his community, and a good human being.

Respectfully,
Bharati M
Bharathi Makkapati

Email:

June 6th, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Respected Judge Carter,

My name is Bhavana Reshaboina and I live in Jersey City, NJ. I am writing this letter on behalf of Amit Dagar to humbly request leniency during sentencing. Amit is married to my cousin, who I have grown up with since childhood. While I have known Amit well for over 8 years, I have gotten to know him more closely in the past 4 years since my move to New Jersey. In this time, as a frequent visitor and house guest of the Dagar family I have known Amit as an amazing brother-in-law/brother, a loving husband and above all a doting father.

Amit is extremely caring, selfless and giving. He welcomed me into his family and has always treated me more like a sister than an extended relative. It's common for him to care for the comfort and needs of everyone in the family. I especially cherish our conversations during family dinners and how he goes the extra mile to ensure everyone's comfort. His simple action of filling and placing a water bottle by the bedside for me every time I stay over an extended period at their home shows his care and attention towards who he considers family. He taught me how to drive safely in snow and how best to clean the car after it has snowed when I first moved to New Jersey. He is the first person I reach out to in my time of need. In our entire circle of friends and family, I have yet to come across a person who does not love and admire his kind, caring and generous nature.

Amit is a hands on parent who is actively engaged in his 4-year-old daughter's daily routine. From getting her ready for day care, playtime, mealtime to bedtime, I have always seen Amit involved in one way or another with her throughout the day. Bath time with her dad is the most favorite part of my niece's day which she looks forward to everyday. I have seen the love and respect with which Amit treats my cousin and their daughter and how much they depend on him every day. The thought of them being deprived of his love and presence for any amount of duration is very hard to imagine.

Amit is a very good man and I can vouch with certainty that he would never knowingly intend to break the law. The trial and proceedings over the last year have impacted Amit and the family significantly. The pain and anxiety they have suffered throughout last year and this year is tragic. The thought of Amit having to face prison time and be separated from his immediate and extended family that love and depend on him is heartbreaking.

I would respectfully plead with your Honor to reflect on Amit's prior clean record, character and family life and consider leniency as you deliberate on his sentence. Thank you for taking the time to consider my request.

Sincerely,
Bhavana Reshaboina

Honorable Andrew L. Carter, Jr.

United States District Judge

Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007


April 1, 2024


Dear Judge Carter,

        Thank you for taking the time to read this Character Letter I have written for Mr. Amit Dagar. Mr. Dagar is my brother-in-law. I have known Mr. Dagar for a decade and a half. He was my sister's close friend, colleague, and neighbor for a decade until they got married in the summer of 2017. He is a very helpful, kind, trustworthy, fair-minded, well-spoken, and down-to-earth individual. All my family members were overjoyed when they heard the news of their decision to marry and to settle down. My sister and Mr. Dagar have a network of many common friends who were also elated at the prospect of their marriage.

Mr. Dagar is also intelligent and knowledgeable, has good people skills, communication skills, technical skills and can be an asset to any employer in his field of expertise. While he was employed, he was a hard-working employee who used to work long hours to meet timelines for his team and his company. Nonetheless, he always took time out of his busy schedule to spend time with his toddler daughter at the end of a long working day. He always found comfort in the little one's company. Also, he always invested his time and energy to help my sister in managing the household and doing his share of the chores. He is a devoted father and a dedicated husband.

His daughter (my niece) is now 4 years old. She is very attached to both her parents and is unaware of her father's impending sentencing and potential absence from the family scene. We all are very concerned about the impact this would have on her and do not know how to explain any painful outcome from the sentencing. I am also concerned about the challenges my sister would be facing in raising her daughter in her husband's absence.

Mr. Dagar's siblings and their families live abroad. This is a period of distress for all of them. Kindly consider leniency as a more lenient sentence could minimize the impact on all family members living abroad.

As noted above, Mr. Dagar is an individual with a good mental caliber and a wide knowledge base. He can put his talents and portfolio of skills to good use and make useful contributions when he is in a healthy setting, circumstances surrounded by the presence and love of family and

friends. Please take this into consideration in his sentencing so that he can move past the legal difficulties and uncertainties which he has been enduring for the past several months.

Mr. Dagar is a scrupulous and upright citizen with a clean record. Kindly consider leniency in the sentencing.


Respectfully yours,

Deepthi Mettu.

01 April 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing to request leniency in the sentencing of Mr. Amit Dagar, who was formerly a manager at my previous workplace, Eliassen Group. Mr. Dagar was a dedicated and effective leader during his time with us, and his absence has been felt deeply within our team.

Mr. Dagar demonstrated exceptional dedication and professionalism in his role as a manager. His leadership was instrumental in meeting the project deadlines and was always willing to help other team members. Mr. Dagar is highly respected and admired by his colleagues for his integrity and commitment to his work.

I understand the seriousness of the charges Mr. Dagar is facing, but I believe that his past contributions and positive character should be taken into consideration. I respectfully request that the court consider a more lenient sentence that would allow Mr. Dagar to rebuild his life and potentially contribute to society once again.

Thank you for considering my request. Please let me know if you require any further information.

Sincerely,

Divya Ambati
Email:
Phone:

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

April 2nd, 2024

Dear Judge,

It gives me great pleasure to offer this recommendation for Amit Dagar, who I have known personally since May 2016.

When I was hired by the company in 2016, he was my manager. I've known him professionally and personally, and he's a good man.

Amit also has a strong moral compass and sense of justice. He's been known to financially help people who he observes battling for a cause they believe in.

Amit consistently demonstrates honesty, diligence, and moral rectitude, and I am confident in vouching for his strong character.


Yours sincerely,

Divya Mummaneni

Himanshu Patel



Groton, CT 06340

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
March 25, 2024

Dear Judge Andrew L. Carter, Jr.,

My name is Himanshu Patel, and I have had the pleasure of knowing Amit Dagar for the past 16 years. Our journey began in 2008 when I joined Eliassen Group, where Amit served as my esteemed project manager from 2012 to 2016. Throughout this time, we developed a strong camaraderie, engaging in daily conversations, enjoying lunch outings, and even playing volleyball together after work. Amit's presence extended beyond the workplace, as he graciously attended my housewarming celebration and my children's birthdays.

Amit is an incredibly loyal and always smiling individual who consistently goes above and beyond to assist his colleagues with both work-related and personal matters. I had the privilege of experiencing his unwavering support firsthand. During a critical project, I found myself in the midst of ▮▮▮▮▮ that required me to urgently return to my home country. As my manager, Amit immediately approved my leave and despite being my manager, willingly took on my responsibilities himself. He even went the extra mile by regularly checking in with me while I was in India to inquire about my father's condition. Amit's support extended beyond mere encouragement. He not only emphasized the importance of prioritizing my family's well-being over work but also provided me with reassurance that he would personally handle the workload, despite being in the midst of an FDA submission process for one of the compounds. His commitment to both my personal and professional welfare was truly remarkable.

Throughout my 16-year association with Amit, I have witnessed firsthand the unwavering trust and respect that his colleagues hold for him. Not a single person has ever raised a question about his exceptional leadership abilities, unwavering integrity, and unwavering honesty. While it is true that he may have made a mistake on a particular occasion, it is important to remember that this isolated incident does not define the entirety of who he is as a person. Amit's character and reputation are built upon years of consistent dedication, reliability, and ethical conduct.

Over the course of many years, Amit has consistently proven himself to be an invaluable and active member of our community. He has demonstrated unwavering dedication to his role as a caring and concerned husband and father, always prioritizing the well-being and happiness of his loved ones. Moreover, Amit has consistently shown himself to be a thoughtful and generous friend, always ready to lend a helping hand or offer support in times of need. I firmly believe that these admirable qualities will continue to shine through in his future endeavors.

In light of Amit's character and the positive impact he has had on society, I humbly request that you kindly consider showing leniency in his sentencing. By doing so, we can allow him the opportunity to continue making a meaningful difference in the lives of those around him and contribute positively to our community. Thank You Very Much.

Respectfully Yours,

Himanshu Patel

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Carter,

My name is Hrushikesh Kothikar and I am writing this letter in support of my friend, Amit Dagar. I have known Amit for the past one year and in that time, I have seen how kind hearted and selfless a person he is.

I first met Amit when I was invited to his house to watch a Super Bowl game. Having not known him or anyone in the event very well then, he always made sure that I was comfortable and did not feel out of place. He would constantly ensure people are feeling at home, whilst helping out his wife and taking care of his daughter. This might seem like a small and insignificant detail, however, it speaks of his willingness to always assist and support everyone around him whilst performing his duties as a loving husband and a devoted father.

In the past year, I have been to Amit's house multiple times and on occasions have also spent a few days living with him and his family in New Jersey. I know Amit to be a very honest, humble and hardworking person. A true family man, he does not shy away from his responsibilities whilst also going the extra mile to help anyone in need around him. Me, along with many other people whom he has helped throughout the years, look up to him as an example of a kind and selfless persona.

Therefore, I would have absolutely no hesitation in attesting to Amit's great character, helpful nature and a humble personality. I believe he is a truly good person who means to make the world a better place through his deeds.

I hope this helps shed a little more light on Amit as a person. Thank You.

Regards,
Hrushikesh Kothikar.

# Janta Rehabilitation Training Centre for the Visually Handicapped (Regd.) 1008

636/72/1, Bhimgarh Kheri (Part-II), Near Daultabad More, Behind Shashtri Clinic, Gurgaon
Phone : 0124-2254251 E-mail : 1996jrtc@gmail.com
Website : www.jrtcblindschool.org

Ref. .....494/J.R.T.C.V.H./2024            Dated 27/03/2024

## TO WHOMSOEVER IT MAY CONCERN

Janta Rehabilitation Training Centre For the Visually Handicapped (Regd.) 1008 was started in the year 1996. The organization being an NGO, it's really very critical for us to manage the special need individuals mainly blind donations, finances, procurements, staff and all this in limited resources.

This is to certify that Mr. Amit Dagar S/O Sh. Rajender Singh Dagar Residence-███ ███████ Hillsborough, New Jersey-08844-5436 United States is associated with us for the last 4 years. He is an active member to help us physically, mentally and financially. He represented our NGO at various exhibitions and helped spread awareness. We, as an organization just want to thank him for doing what he did to enrich the lives of others and going out of his way to help us. He is the one who actually works for the well-being of our society and is doing such an amazing job, without even expecting anything in return; to be really honest not everyone could ever do that. We all wish him good luck for all his future endeavors.

NARENDER SHARMA
(Joint Secretary)



Ex. C at 20



# Janta Rehabilitation Training Centre
## For the Visually Handicapped (Regd.) 1008



सत्यमेव जयते
सेवा ही परम धर्म है।

# Appreciation Award

### Presented to

Sh. Amit Dagar

### in recognition of
### Outstanding & Dedicated Services
### rendered for the upliftment of Society

Secretary

Jaspal Singh
Treasurer

Date 20-11-2022

636/72/1, Bhimgarh Kheri, Near Daultabad More, Behind Shastri Clinic, Gurgaon.
Phone : 0124-2254251 E-mail : jrtcvh@theblindschool.co.in Website  www.blindschools.co.in

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am Kalpana Burle, living in Flemington , New Jersey. I have known Amit for several years. The first thought which comes up when I think about him is his helpful nature with a great smile.. He always comes in to help anytime  and loves playing with kids and engaging them . He used to always teach them the right thing to do in the form of a story which was so interesting that we used to stop the work we were doing and pay attention. Kids called him "Amit Uncle" and he is a favorite uncles of all. They always look forward to meet him as he is full of energy.

In this gentle and loving way, he is the one who is always giving of his time and energy to help others, especially those less fortunate than him, whether it is a family member, a friend or a stranger. Is someone who loves peace and pursues peace at every opportunity. He is happiest when those around him are happy and does everything he can to bring happiness to others. He is a backbone of our friends circle and admired by everyone in our friends circle.

I still remember he dating Shruthi for a long time and few years until they got married. They both looked adorable together and we could see the glow in there eyes as they waited several years to get bonded in marriage as it was difficult to convince his parents as he comes from an orthodox family. He was able to have a transparent conversation with his dad and family and went this close to agreement and went back, it took several efforts for them to agree and Amit was very clear with his parents and was able to finally convince on his decision. His parents visited from India and were very happy to meet Shruthi who is a sweet heart , kind, calm and full of peace. She is such a good wife who only cares about peace for the family and nothing more than Amit except his love. They are blessed with a beautiful daughter ███, who is an adorable one. Full of life and energy.

Unquestionably, his wife and family are the most important things in his life.

Your Honor, I hope this letter helps you see and understand the person I know in advance of his sentencing. I am saddened to have to write this letter, and all I can ask is that you take this letter into consideration along with all the letters that are being submitted in making your  extremely difficult sentencing decision.

Your Sincerely
Kalpana Burle

Laxma Chamala

███████████

Budd Lake, NJ 07828

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Amit Dagar

Dear Judge, Mr. Carter, Jr.

I submit this on behalf of my dear friend Amit Dagar. My family and I have been very close with Amit and his family since June 2016 when we moved to ███████████████████ in Budd Lake, NJ. We were introduced by my neighbours to Amit and at that time to be his wife Shruthi, since then we became very close family friends and meeting for almost all holidays and festivals.

There are many examples, but I want to give you just one illustration of Amit's nature. My friend's daughter ████████████ a few years ago. Amit and his spouse frequently spend nights ████████████████████, cooking, and dropping off and picking up family members.

Amit has been suffering tremendously for last 2 years, he has difficulty sleeping at night, he hasn't been able to eat properly and that his constant anxiety has affected his overall health.

The thought of Amit having to face any time in prison and be separated from the family, particularly his daughter just 4 years and 5 Months old, will be sorely missed.

I would like to respectfully request that your Honor be lenient with my dear friend Amit and allow him to stay home with his family and continue to help many people around him.

Thank you for taking the time to consider the above.

Regards,

*[signature]*

Laxma Chamala.

1

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I have known Mr. Amit Dagar as a relative and friend for the last two and half decades. He is an exceptional human being and a rare noble soul who is a source of inspiration for all the youngsters in our relations and friends' circle. Amit has been a great friend who would always give honest advice without mincing words but would also be sensitive to the feelings of others. He is always looked up as a responsible son, a committed husband, a doting father, a trusted friend in the entire Indian family that he has left behind to work hard and make a future for himself and his family in US. He has literally slogged as a student to be amongst the first few to make it to US for higher studies and make a place for himself in that country. He has known to be self- disciplined and so stickler to the rules that we all call him a military man in civil clothes. His pleasing personality, humble attitude, descent behavior and polished mannerisms are more than enough to floor anyone.

Whenever he has visited back home, he made an endeavor to help a few of his relatives and friends in whatever way he could, either monetarily or emotionally. He would go out of the way to motivate his cousins to do well in life only through studies and hard work, insisting that there is no shortcut for success except these two keys. I remember having long discussions with him about few corrupt practices in India and how to correct the same and he would vehemently oppose any body supporting the wrong practices by quoting and appreciating the transparent, honest, just and fair system in US. Anytime he would see anyone jumping a traffic light in India he would feel bad but would proudly boast that the US system has got into his blood, and it has become a part of his life to follow the correct practices and abide by the law anytime anywhere. He has been living a peaceful life with his loving wife and beautiful, cute, little daughter who means the world to him. He would always be involved with them and do anything for their happiness. During and after the covid pandemic he had confined himself to his home, his work and his family.

So, it hurts to see a person like Amit has to go through so much pain and suffering. He is a balanced man who would not rush to climb up the stairs too fast with his priorities being his family and relations. He, at no time, has shown any zeal to run behind the luxuries or make too much of money but would rather always be open to sharing whatever he has with any of his close relatives/friends in need.

This unfortunate episode has really broken him down and we all pray from the core of our hearts that he comes out clean and starts his life afresh leaving past these days as bad dream. In the end I would plead with you to be merciful in deciding the fate of this noble soul who has always been respectful and appreciative of the fairness in the US legal system.

Thanking you and anticipating a fair justice.

Yours sincerely

Manoj Kumar Rana

To,

Honorable Judge

Andrew L. Carter, Jr.

United States District Judge Southern District of New York.


Call it living under a rock, however, when I heard about the case for the first time on March 24, 2024, my mind simply couldn't fathom it. Since he moved to New Jersey I had lost touch with Amit. However, prior to that when he resided in Groton, Connecticut, I broke bread with him almost every weekend. He has always been man of highest integrity and his past record would not suggest otherwise. Always stepping up to help a friend. I would give him benefit of doubt.

Honorable Judge Carter, his family has grown since I last spoke to him, and now he has a four-year-old daughter ███. She is going to need him most in her golden years growing up. I request you, if there is one person you can show leniency while sentencing him on Jully 26, 2024, it could be Amit Dagar. I appeal you to see human side of his, I assure you Amit Dagar will come through and would not let society and you down.


Sincerely,

Mehul Shah

███████████

Farmington CT - 06032

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

Amit Dagar is my brother-in-law (Husband's brother). While writing this, I would like to draw your attention to the generous behavior of Amit Dagar and my insight about him.

Amit as a person has been admired for his strong sense of morality, righteousness and respectful behavior towards everyone. He is a pure and noble soul. He is such a genuine and hardworking person who can never run after making quick money.

I am always indebted to Amit's caring and responsible behavior he always exhibited towards me. I can still recall the times when Amit took utmost care of me post my delivery and helped me recover both physically and mentally. As a brother-in-law and as a friend he always extended emotional support to me. He stood by me throughout. It was Amit who helped me in adjusting with my in-laws as we were a joint family and remained a strong support. He ensured that my self-respect should never get hurt and went out of the way many times to help me attain a rightful place in his family. This is something that only an Indian daughter in law can understand and acknowledge.

He as a person has always remained a law-abiding citizen and even in India if anyone used to violate the traffic rules he used to counsel that person. He always had a high regard for rules and regulations.

He is one person who has always remained helpful to people. He is very sensitive to the feelings and emotions of other people. He has always been respectful towards others. I have never seen him making any casual comments or derogatory remarks on others. Right from the beginning Amit's perspective towards things was very different. He has given more importance to relationships over materialistic things. I have seen Amit always financially helping out his cousins and friends in their hour of need.

I along with my son Sanskar have travelled a few times the U.S. from 2009 to 2014. During our stay those years Amit undertook our complete responsibility and made us very comfortable with him. He tried to imbibe in Sanskar the good practices as a responsible citizen and respect towards

rules and regulations especially followed by people in the U.S. We can never forget the warmth and care he showed for us.

Amit is not only a marvelous person, but also a wonderful and caring husband and a devoted father. His four-year-old daughter ███ means the world to him. For him, the universe exists in the sparkle of his daughter's eyes. His love for her is the kind that shapes every decision he makes, guiding him to be better, do better, and strive for a future that benefits her above all. His daughter and his better half Shruthi stand to be the most affected by the outcome of this proceeding as they will feel his absence profoundly. Amit is a cornerstone of the family and a source of emotional strength and guidance for both Shruthi and ███.

After this untoward incident, their lives have been in turmoil, but it has also been a period of profound reflection for Amit. He is genuinely remorseful for his actions and fully understands the repercussions that his action has brought not only on him but most painfully, on his own family.

It is really painful to see Amit going through such tough times. I humbly appeal to your compassion and request the court to consider an alternative sentence, considering the profound impact this has on our family.

Thank you so much.
Regards,
Monika Dagar

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing this letter on behalf of my brother-in-law, Amit Dagar. I have known Amit for about 10 years now and we have been family for seven of those. I have also had the opportunity to work with Amit as his colleague. Knowing him for so long in a personal and professional capacity, I can attest to the fact that he is a kind and hard-working person and a man of high integrity. But if I had to pick one word to describe him, it would be generous – generous with his time, money, and knowledge.

Amit was a colleague at my first full-time job. As a new graduate, I did not know how to navigate the working world. Without me ever having to ask for his help, Amit took me under his wing and pulled me out of my shell. He helped me socialize with other colleagues, taught me the importance of networking, and gave me tips to better myself at work and grow in my career. Amit reserved the same kind and congenial personality for all his colleagues. Whether it was a new employee trying to learn the ropes around their project or a colleague going through tough times on the personal front, he was willing to help anyone who needed it. Amit got along with everyone at work and no one ever had a bad thing to say about him.

At a personal level too, I knew I could rely on him at times of trouble. When I lost my job during Covid and had to vacate my apartment, he welcomed me into his home, where I lived for eight months. He didn't expect anything in return for it, not a single dollar, even though I quickly found a new job and was in no financial distress. Even last year, despite the hard times he's been going through, he offered to house my family if they were to come visit me in the US as I live in a one-bedroom apartment. Even during hard times, his generosity doesn't take a back step.

Amit is a great manager, loving husband, and good friend. The best role that he essays though is that of a father. He is a very involved father to his four-year old little girl. Over the years, I have seen him spend his evenings playing with her, cuddling together on the sofa while watching children's movies, listening to old Hindi songs as he gives her a shower, and dancing together on new Bollywood songs. Any time away at prison would mean that he is separated from his daughter, and this, more than anything else pains Amit and his family.

Amit came to the US from India, with dreams of building a successful life for himself and his future family. He has worked at Pfizer for 20 years, first as a contractor through Eliassen, and then as a full-timer at Pfizer, without any issues. He never shied away from any responsibilities, worked hard, stayed honest, and any of his friends and colleagues can vouch for this fact. I've seen how regretful he is that a mistake of his has caused so much distress to his family. I appeal to you, your honor, to take his good character and family into consideration when deciding on his sentence. Thank you.

Respectfully yours,
Neha Vaddepalli

April 3, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Re: U.S vs Amit Dagar


Dear Judge Carter,

My name is Niraj, and I am writing this on behalf of my dear friend Amit Dagar. I am aware of the guilty verdict for Amit, and he is due to be sentenced by you in the near future.

I have known Amit for the past 17 years. I started working as a contractor on Pfizer project back in April 2007 and I can not forget that the first helping hand that I got in the first week of assignment was from Amit. From the onset of my first encounter with him, I have always found him a very outgoing and compassionate person who is always ready to help and will never shy away from lending his help to the best of his abilities.

On the work front, I had the privilege to work with Amit on some drug projects for Pfizer. He was a team lead on one of the very critical projects, and he led the team with a great management style. Not only did he manage everyone's workload, but he also guided all of us through some complex programming algorithms, provided much needed training to familiarize us with the project and acted as a liaison between Pfizer management and CRO programming team. He himself, being a very sharp and detail-oriented programmer with great technical skills, he encouraged and helped all of us to be proactive and follow good programming practices. He was instrumental in the success of the entire project. I have always found him to have great work ethics and someone who will never cut corners just to get work done. Despite having a good amount of workload for himself, he was always ready to help other teams.

On the social front, over the years we became very close family friends and have spent countless evenings and weekends with Amit. We used to play Tennis and volleyball together with other friends on almost every evening and he was the driving force in getting everyone to the court and keep everyone engaged and active. We were part of a very close-knit group of friends who hung out together.  As a group, we have celebrated so many social occasions and events together. Be it either someone's birthday or anniversary or baby shower oe wedding in the group, he would always be there to plan out the event and helping from setup to winding down. We celebrated so many July 4th, thanksgivings, Christmases and new year's eves together, have went for so many camping trips and he was always instrumental in the planning with some great ideas. He was someone who was always around with a smile on his face and a positive vibe with him. He was also fond of kids and would always play around with kids in the group. You can always feel his positive impact on the community.

During our social gatherings, we have discussed so many social issues and current affairs. I feel it is important to point out that I have always found him very compassionate about Women's right and always sympathizing with kids.

I have seen him turning into a loving family man after he got married and birth of his daughter. Over the period of last one year, I have seen the suffering of this sweet family. The thought of Amit having to face any time in prison and be separated from his wife and little girl is too difficult for me to digest. It pains me a great deal that his little daughter will not have Amit around while she is growing up and she won't be able to share all those sweet moments with Amit that a daughter shares with his father otherwise.

Keeping this in mind, I would like to respectfully request that your Honor be lenient with my dear friend Amit in his sentencing and allow his family a chance to be with him and grow into a family that shares a great bond.

Respectfully Yours,

Niraj Pandya

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Carter,

My name is Nirali Desai and I live in Hillsborough, NJ.

I would like to write on behalf of our good friend, Amit Dagar. My family and I have known Amit as a caring friend, thoughtful neighbor, and community leader for over 15 years.

Amit is very kind and helpful to others, his willingness to go above and beyond to assist others, without expecting anything in return, speaks volumes about the depth of his character. Amit is very dedicated to community, family, and friends. Amit always makes everyone welcomed and comfortable. Several years ago, when my family and I moved to New Jersey he was there to support. Amit also moved to New Jersey after us and had been there for us for any needs we might have, it being a pickup of my daughter from school or baby sitting my daughter in case of any emergencies my family would have.

I have always counted Amit as a true and loving friend of mine and my family. Even as we moved on from Connecticut and my husband took a different job in a different town, Amit was always looking out for us and checking in to see how we were doing. As a frequent visitor of the Amit's home, I had many opportunities to observe Amit's personal involvement with his daughter. It is common to see him sitting down with his child, playing games with her, joking with her, and always displaying so much love and affection to her.

He is thoughtful and kind and puts everyone at ease. We have spent lot of time together on vacations as well as camping. When we went on vacation with the Amit's family, he insisted that my husband and I take the master bedroom. He would always think about others first. My husband not knowing how to set up camp, Amit always helped us in setting it up and made sure that we are comfortable in the situation.

In a world where selflessness can be a rare commodity, his consistent acts of kindness serve as reminder of the goodness that exists in humanity. Amit's compassionate heart touches the lives of all who have pleasure of crossing paths with him.

Through the years, Amit has been a valuable and contributing member to the community, a caring and concerned husband and father, a thoughtful and generous friend whom I believe will continue to display these valuable traits. I respectfully request to please consider leniency for in the sentencing.

Respectfully Yours,


Nirali Desai

June 7, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse 40
Foley Square
New York, NY 1000

Dear Judge Carter,

I am writing this letter on behalf of Amit Dagar who is like a brother to my husband, an uncle to my daughter and a friend who I have come to rely on in my darkest hours of need. I do not like to refer to him and his family - wife Shruthi and daughter    as friends because they are not just friends. He is family, not by blood but by actions that created this bond. Both our families are 1st generation immigrants and having left our blood families behind, the importance of finding that support, love, care and generosity which defines "Family" is what we yearned for and found when we met.

I met Amit in 2008 when I moved to CT. He was my husband's friend and colleague and we all would meet up regularly over dinners, birthdays and other outings. What started out as a friendship soon became a much closer bond between our 2 families. I do not know how can I even begin to quantify the number of occasions in which I have seen Amit go over and beyond when it comes to helping someone, be it a friend or an acquaintance in need, be it at work or on a personal front, be it a monetary need, emotional support or his time.

In our life, he has been that go to person who helped build out our basement when I moved in, shoulder the responsibility of our wedding arrangements, help decorate my baby shower banquet hall, paint and decorate our baby's nursery,                   , help us pack and move to NJ in 2014 and help us unpack and settle down, drive down from CT at a drop of a hat if we needed him with us for anything and the list goes on. I could go into recounting a number of stories but being respectful of your time, I will talk about the one situation in our life that I believe would be a situation that we pray no one has to go through. In 2017,                       . Had it not been for the support and love that we received from Amit and his wife Shruthi, am unsure how we would have succeeded staying sane and making it through those trying 27 months. From being there by our side during every         to celebrating successful completions of every milestone. Theirs was the only home we would be comfortable going to knowing that the care and environment needed by our daughter would be provided for us, that was the only home our daughter would love going to even on her tough/painful days. For our many overnight visits, Amit and Shruthi would give us their bedroom as it had an attached bath and would be more comfortable for our daughter. Amit has held her, rocked her, played with her and comforted her. He has nurtured and pampered us too and continues to do so even now when we visit their place. His attention to small details of care, like throwing a blanket on us when we lay down to bringing us pillows to make us comfortable to getting us water at a little coughing is heart touching.

His helping, caring, kind nature and thoughtfulness is evident not just with us but in the world around him. It is something he does naturally and the beauty is his wife shares the same attributes. They are givers with no expectations and that's what makes this current situation not only heartbreaking but devastating on so many levels. If he is so kind to other people, you can only imagine how he must be as a husband and a father. He is Shruthi's life and breath and    looks upon him as her protector and security. To even think that they may not have him around them for a period of time is heart wrenching.

Heart wrenching for us so cannot begin to fathom how Shruthi feels. The love that he has shown everyone else's children is going to be missed by his own daughter no matter how short a period if he is sent away.

Even at a time like this, he has found the heart to work alongside me in our new initiative of starting up a home care agency. He sees the value in providing care for our seniors and has been putting in all of his efforts in getting the agency started and making himself available for anything that needs to be accomplished in the process so that we can start serving our community at the soonest. He has been integral in getting us off the ground and his knowledge and commitment in support of the agency which is in its infancy will be tremendously missed if he is not going to be around to stay involved.

He is a true giver, and contributor to our society. It pains me to think that we may not have him by our side and truly hoping and respectfully requesting that Your Honor see that a person of such qualities is better out in the community serving and bettering not only his life for his family but all of those around him. I am certain that he intended no harm and would continue to contribute positively given the opportunity again.

I thank you so much for taking the time to read my letter.

Kind regards,

Parul · Chhetri

Parul Chhetri

Budd Lake, NJ 07828

April 02, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am Prasanna Gade (Associate Director - Statistical Programming at Takeda Pharmaceuticals) and I am writing to you about my dear friend Amit Dagar who was also my mentor/line manager, when I worked in his team in Eliassen company.

I have known him for close to 15 years. I started as a junior statistical programming consultant at Eliassen where Amit was a senior colleague. He was very approachable and always had a pleasant and friendly demeanor. I used to interact with him on a regular basis at work and he was always helpful and gave sound advice to me and other team members.

I was part of a team that was working on a critical clinical study with a very tight timeline. He was brought in to help oversee the progress and resolve any issues that we were facing at that time. We worked together for 3 months and successfully delivered the analysis that we were tasked with, to the sponsor of the study. Even though he was busy with his own tasks, he helped us, guided us and made sure we had all that we needed to successfully complete our tasks.

By that time, it had been 6 years for me at Eliassen as a consultant. It was Amit who offered me a full-time position at Eliassen and took me into his team. We worked together in Eliassen for the next 4 years in the same team. He had been a mentor to me and guided me to take up challenges and grow in my career.  I am immensely thankful to him for it.

During my time at Eliassen, I had come to know Shruthi and Amit personally as well. I have been part of their wedding celebrations, Shruthi's baby shower, football games, festivals and numerous other gatherings/occasions. They have always been a wonderful couple and warm hosts. Amit was happy beyond words when he became the father of their baby girl. It showed in him that he was going to be a great father.

It was a shock for me and my husband and our friends that he was involved in this criminal case. It is very uncharacteristic of him to have done something like this.

Dear Judge, Amit is a kind man, he is a loving husband, a doting father and a very dear friend. I would like to respectfully request that your Honor be lenient with my dear friend. I know in my heart that he regrets his mistake immensely.

Sincerely and respectfully yours,
Prasanna Gade,
eMail: ████████████████████
Ph: ████████████

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Carter,

I submit this on behalf of my dear friend, Amit Dagar. My wife and I have been very close with Amit and his family since more than 15 years. In 2009 when I moved to Groton, CT for work purposes, I met Amit for the first time, and he made us feel very welcomed to the community. My family and I were often invited to the home for various social gatherings where we were introduced to many members of the community. My wife is a very close friend of his wife, and my daughter considers him as uncle.

Over the years, Amit has always proved to be a very giving, selfless person who loves to help others. As an example, in 2013 when I moved to New Jersey from Connecticut, he was there to help us in moving. He drove with us to NJ and helped us in unloading all our home furniture. I have seen that with him on multiple occasions where he was there for me or others when they had need. Amit is also very fond of children, and he shares great bond with my daughter. He helped her in learning bike at the age of 7. He would be the first one to stand up when anyone would need any kind of help. He was very patient with me when I started to learn playing tennis with him. He would always support me and teach me on how to improve and have me understand how to hit the ball right way.

As a father and friend, he is both compassionate and loyal and one only must spend time around his family to see these qualities radiate from his daughter and loving wife. Amit's generosity and good nature are the mainstays of his personality. During family vacations the children's fun and safety are always his top concern. Amit is the kind of person you can call during the best of times, or the worst of times and he remains kind, calm, and insightful. As a community member he always invests in local businesses and charities and encourages others to do so as well.

Amit has been suffering tremendously from more than one year. He has told me that ███████████ ████████████████████████ ost significantly, he suffers a lot due the pain that the criminal proceeding is causing his wife, daughter and rest of the family and friends. He has told me that the thoughts of him not being with his family causes him pain beyond description.

I would like to respectfully request that your Honor be lenient with my dear friend, Amit Dagar and allow him to stay home with his family and continue to help the many people who rely on him. He is a very good man, and I can state with certainty that he never intended to cause anyone harm.


Respectfully yours,

Rachit Desai

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I, Rajiv Dagar, am writing this letter for my younger brother Amit Dagar. I am a 48-year-old individual residing in India with my wife and son. Over the past 23 years, I have dedicated my career to the banking and energy sectors. Regardless of the geographical distance between me and Amit, we remain tied together by a deep bond of love and support.

Amit embodies qualities that surpass the conventional bounds of brotherhood; he is a paragon of integrity, kindness, and unwavering support. ███████████████████████, his calming presence and heartfelt assurances provided solace amidst uncertainty.

Amit's dedication to our father's well-being ████████████████ was extraordinary. Whether he was physically present or continents away, he made sure that our father received the utmost care, both emotionally and financially. Even after his demise, Amit's response was empathetic towards our mother. Despite having 21 days old new born daughter, he immediately flew to India, shouldering the responsibility of performing the last rites and offering unwavering support to our grieving family.

Amit's hospitality knew no bounds whenever anyone from the family has visited him to the US. His meticulous care and thoughtfulness transformed our experiences into cherished memories. He always offered a helping hand to the extended family members as and when required.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

He has assumed the role of mentor and confidant to my son Sanskar, offering invaluable guidance and counsel on matters of academia and higher education.

Furthermore, Amit's tender relationship with our beloved grandfather speaks volumes about his compassionate nature. ████████████████████████████████, Amit's visits

were characterized by tender care and unwavering affection, bringing solace and joy to our cherished elder.

In summation, Amit's life is a testament to the boundless capacity for compassion, resilience, and selflessness. Amit's commitment to his family is unwavering. Living together in their home in the US, Amit, his spouse, and their daughter form a tight-knit unit bonded by love. Although for last 18 months, Amit has suffered a lot both mentally and financially but his relationship with his daughter flourishes, nurturing their bond through everyday moments. He actively participates in every aspect of their daughter's upbringing, ensuring she feels loved and cherished.

Our family has suffered a lot of agony, anxiety and trauma over these last one and half years. I respectfully ask for your consideration of a lower sentence, considering Amit's good character, family suffering, gravity of sentence on his 4-year daughter and potential for positive contribution to society in the future. Your Honor, I implore you to show compassion and understanding in this matter.

Warm Regards
Rajiv Dagar

April 5th, 2024

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

My name is Rakesh Chamala and I currently work as an active duty Air Defense Artillery Officer (14A) attached to the 1st Armored Division out of Fort Sill, Oklahoma. I am writing to you today on behalf of a man who I have no blood connection with but have had the pleasure of calling my Uncle, Mr. Amit Dagar. I first became acquainted with Mr. Dagar in the summer of 2016 when my family and I moved to Budd Lake, NJ. Mr. Dagar was a friend of our new neighbors the Chetris. Upon moving into the neighborhood both the Chetris and the Dagars were quick to welcome us and help us with whatever we needed. As the years passed on, we all became family spending every holiday and special occasion together.

From the onset, Mr. Dagar was incredibly helpful and generous. Always willing to give up his time to help our family. After I graduated with my Bachelor's, I was very lost in what I wanted to do next. During these trying times, Mr. Dagar provided me with much needed advice and gave me the courage to pursue my dreams and join the United States Military. I now get the honor of calling myself a commissioned officer and much of this is due to the wisdom and fearlessness instilled upon me by Mr. Dagar.

Mr. Dagar is a committed family man. Working tirelessly for the wellbeing of his family and his daughter. He worked for many years at Pfizer dedicated to playing his part in creating valuable medical innovations for the many patients in our country who so desperately needed it. One mistake does not disqualify a distinguished career of serving the people of his community. I have no hesitation in vouching for the character, integrity, and honesty of Mr. Dagar. I ask the Court to find it in their hearts to find leniency in their sentencing of my Uncle. If not for him at least for his 4-year old daughter and for the rest of his friends and family who depend upon him for their strength and resiliency.

Sincerely,
Rakesh Kumar Chamala
2LT, AD
4-60 BN, 1st Armored Division
████████████

March 29, 2024

Honorable Andrew L. Carter. Jr.

United States District Judge

Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007


Dear Judge Carter. Jr.,

I am writing this letter to convey the kind of person I know Amit Dagar is in the hope that you will consider him as a whole person and the importance of his presence in his family's lives in making your sentencing decision.

My name is Sandeep (Sunny) Pall and I reside in Flemington, New Jersey. I have been friends with Amit & Shruthi (his wife) from about last 7 years, who I met through a mutual friend. Being considered a family friend, I have had a privilege and pleasure of knowing him personally.

If I had to identify a single characteristic that Amit signifies, it would be that he is an honest family man. All the years I have known Amit, he has not only been an amazing friend but also a fiercely loyal, very loving, positive, and supportive of an exemplary role model for everyone in his immediate and extended family and friends.

The important thing that I like to highlight to you about Amit is how he always has been a great husband and a provider to his wife and to an adorable 4-year-old baby girl named ███ . ███ is simply Amit's world and equally she is a daddy's girl who shares a very special and irreplaceable connection that shapes ███ life in profound ways. From waking her up, to feeding her, dropping her to school, silly day to day endless conversations, playing with her, picking her from school, combing her hair, going out to playgrounds, backyard play, putting her to bed daily, giving her baths and putting up with her countless tantrums are just few day-to-day that connects both together.

███ looks forward to Amit coming home when he is not around and no matter how much fun she has with her mother or others around her. Amit is her role model, and she is so emotionally dependent on Amit that her day starts and ends with Amit. Amit, Shruti and ███ is all they have that makes up their little world in US.

Judge Carter, honestly speaking there is not one day that goes by where Amit has not cried since this all started and all he worries is about his family and especially ███ . All he thinks about them and the bond that he shares with ███ is simply inseparable.

I do realize you have a very difficult decision to make in sentencing Amit, I do have a great respect for the law and appreciate the importance of enforcing it. That said, I hope what I have written provides bit more day to day insight about Amit true character and the very important role he plays in the lives of his

wife and young daughter, in making that decision.  If an alternative to incarceration away from his family is possible, such as extend community services, where he can make a positive contribution to society and/or perhaps a heavy fine, I respectfully ask that you to please consider it with my dear friend Amit. Please allow him to stay home with his family or it will be devasting for ▇▇▇ especially.


Warm Regards,


Sandeep S. Pall

Flemington, New Jersey 08822

April 4, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I submit this letter on behalf of my colleague and my family friend, Amit Dagar. I have known him since 2006 as a family friend in Connecticut and we worked in the same company together. Amit is very helpful at the office during project submission times. He even helped colleagues personally during their hard times. For example, one of my colleagues went through a difficult ▮▮▮▮ and Amit went out of his way to help their family during the whole time. Later, my family and Amit's family both moved to New Jersey.

My family and I were often invited to Amit Dagar's home for family get togethers. He became very close to my family over the years. We attended Amit's wedding too and we all had a lot of fun and entertainment. Later when they had a daughter, they frequently visited our place, and we had a good family time together. Amit loved sports and frequently hosted Super bowl parties at his home and invited us along with other common friends. We also used to meet for birthday parties and slowly both of our families developed a strong bond. Amit was a very kind, thoughtful and generous person. He always made sure to provide the best for his family.

The thought of Amit having to face any time in prison and be separated from the family and friends that love him and need him so desperately is too difficult for me to digest.

I would like to respectfully request that your Honor be lenient with my colleague and friend Amit Dagar and allow him to stay home with his family and continue to support them. He is a very good man, and I can state that he never intended to cause harm to anyone. Thank you so much for your time.

Respectfully Submitted,

P. Sandhya.

Sandhya Paladi    4/4/2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

Amit is my younger brother; he is 6 years younger than me. He is the youngest in our family, so everyone loves him a lot and till date he is everyone's favorite. Thinking back, on the very first day of his school, I was supposed to drop and pick him up from school.

Even as a little child, he would like to do things on his own, I vividly remember that he never allowed anyone to carry his school bag, lunch box, water bottle etc. When as kids, we played cricket, he was always in my team and if ever any argument or dispute cropped up with the opponent team, he was the one who always tried to settle down things amicably.

Since childhood he has been very cool and calm and always believed in resolving problems rather than creating any. He is a very compassionate, empathetic and generous person.
He has always been there for his Family. Every Saturday, he video calls in India and stays connected. He is always there to help his family or friends in times of need. I can never forget, when in 2016, I was contemplating opening my own dental clinic, it was Amit who stood by my decision and supported me financially. It is because of his support
that today I am a proud owner of a dental clinic and doing my practice independently.  He cares for everyone and respects elders.

Since one and a half year my mother has been asking me, when will Amit visit India next? Little does she know about the trauma and problem Amit is facing these days. To calm her down, I usually tell her that mom, he is very busy and very soon he will come home to meet you. Amit is the kind of person who remains kind, calm and insightful in every good or unpleasant situation.

It is very difficult for me to pen down my feelings or to describe a person like Amit in a few words. I would just like to say that he is a very loving, caring, kindhearted, hardworking, loyal and talented person. He is a younger brother that any elder brother would be proud to have.

It is my sincere request that you take this letter into consideration at the time of sentencing.


Regards
Sanjeev Dagar

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I write to you being a family friend of Mr. Amit Dagar, as I am sadly aware that he is being sentenced shortly and want to plead on his behalf. I am a Brigadier rank Infantry Officer serving with the Indian Army and have known Mr. Amit since 2007. Being a leader of men, I do read the personality of a person, as that's an important facet of my profession.

Mr. Amit is a self-made person who moved to USA for studies in year 2002. He through his hard work, perseverance and social adaptability made a position of respect and honor amongst his superiors, colleagues and subordinates. I visited him in 2009 in Connecticut and stayed with him for a month or so. I saw him as a person who was so well-meaning, who looked after me and my wife single- handedly (as he was a bachelor then). I was astonished to see his large friend circle with people from different walks of life and the way they found comfort and joy in Amit's company.

I have observed him closely and found him sensitive and compassionate while dealing with other people's feelings; over the years I have seen him as a team man, whether he is dealing with his project team members or friends or family. Amit enjoys a reputation of someone who extends a helping hand irrespective of the time of the day or his personal commitment. Whenever I have contacted him and asked for assistance irrespective of the different time zones we live in, Amit would be there for my help.

Amit understands and appreciates his responsibilities and duties and readily accepts the consequences of his actions, as I have seen him like that on numerous occasions, during personal interaction and in social life. He is able to dispel gloom in others through his jovial nature and sustained enthusiasm.

Amit has faced various odds in his life but despite that he never allowed himself to sulk. Despite being away from his parents (residing in India), he would ensure all the emotional support the parents need. He is the favorite of the three siblings amongst his parents.

Mr Amit unfortunately doesn't have any blood relative staying in USA. He is alone with his wife and a lovely daughter ███ who is just 4 years old. Any harsh punishment to Mr. Amit will be detrimental not only to him emotionally but will turn the fortune of his nuclear family

upside down. The mental trauma on his wife and only daughter would be unbearable.

No doubt you receive many petitions/letters such as this, but this one is from a man who having seen life and death at close quarters in his profession, is able to see through the people and that's why writing on behalf of my dear friend Amit.

I am humbly approaching you to use your discretion to minimize the punishment to Amit, as it will be an equal punishment to his family especially his wife and daughter.

Thank you
Best Regards
Sajeev Katariya



Budd lake, NJ 07828

April 6th, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing this letter on behalf of my dear friend Amit Dagar. Amit is one of the most caring, selfless, and kind human being. I have known Amit for 18 years, since I joined Eliassen Group in 2006. We quickly became friends and Amit helped our family to move into a new apartment and helped settle down in the new town. Because of his amicable nature, Amit soon became the go to person in the office for any help or suggestions. He would often go out of his way to help others in need.

Amit was extraordinarily bright and a bundle of joy to be around for the whole Eliassen office in New London, CT. We used to meet every day for coffee breaks and with his witty jokes and funny banter, he would make everyone laugh and brought good cheer in any situation, thus helping us deal with stressful situations in the office.

Amit loved sports and we used to go out often to watch NBA finals and NFL playoffs. He often invited us to Superbowl parties and family get togethers at his home. He was an amazing host and we loved going to his home and had lots of fun and entertainment along with other family friends. My family and his family became very close over the years.

At work, Amit was very hardworking and dedicated to his work. Due to his diligence and exceptional performance, he quickly got promoted and became the go to person for Eliassen management to take up challenging projects.

I would have no hesitation in vouching for Amit's integrity, honesty and good moral character. It is very hard to imagine Amit facing a prison sentence and get separated from his wife and daughter. I sincerely request your honor, Judge Carter, to look at Amit's case holistically, by taking his complete moral character in to consideration, and kindly grant him leniency. Thank you very much for your time.

Respectfully,

Satyakam Saranga        04/06/2024

April 7, 2024

The Honorable Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Andrew L. Carter. Jr.,

I am writing this letter on behalf of Amit Dagar. I have known Amit Dagar for almost 20 years now. At that time, we were both working for the same company (Eliassen group) and I was his senior. Amit was a dynamic person and though he was not in my team, we bonded very well over work and play (Tennis) and our friendship grew overtime and became so close that we are practically family now. Over the years I have seen him grow from a single individual to a loving and caring husband and then a father to a very beautiful daughter.

Being an immigrant myself, he has been a great support to me and my family in this country. I have seen him helping everyone around us both personally and professionally. I bought my first house in New London CT in 2007. I was a bachelor at that time. He went over and beyond to help me with the setup and even worked together to build the basement. I have yet to come across a person who selflessly gives and expects nothing in return.

There are many such occasions where he has been a constant support to me and my family in times of need. He was there to help me when I got married in 2009 and then to help me with my move to NJ. I still remember the time when I was falling short on the NJ house downpayment and he willingly agreed to help me. He is a genuine person at heart and truly goes over and beyond to help others.

Our daughter was born in 2011 and after we moved to NJ in 2014, in 2016 at the age of 6 she was ▮▮▮▮▮▮▮▮▮▮▮. This came in as a shock and my wife and I had to bank on the support of our near and dear friends. Amit has always treated our daughter as his own and was there for her as much as I to support and take care of her. His unconditional love and support for me and my family is something I will never forget and am forever in debt. He was blessed with a daughter in 2020 and is like a real sister to my daughter. His love and care for both of them is so equal that it cannot be distinguished that they are not real sisters.

Amit is respected in the place of work and people reach out to him for guidance all the time. He is a hardworking and honest man and I can vouch for him to always obey and follow the law. I believe his actions on the purchase of Pfizer shares may have clouded his judgement, but I can respectfully state that he would never have a criminal intent. He has been a kind and contributing member of the community, a caring and concerned husband and father, a thoughtful and generous friend whom I believe will continue to display these valuable traits. I would like to respectfully request that your Honor be lenient with him and allow him to stay home with his family and continue to help the many people who rely on him. He is a very good man and I can state with certainty that he never intended to cause anyone harm.

Thank you for taking the time to consider the above.

Respectfully yours,

Sharad Chhetri
▮▮▮▮▮▮▮▮▮▮
Budd Lake, NJ 07828
▮▮▮▮▮▮ / ▮▮▮▮▮▮▮▮▮▮

**Date: April 14th, 2024**

To,

Honorable Judge Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing this letter to request leniency in the sentencing of Amit Dagar.

Amit has been a close friend of our family for the past 15 years, essentially becoming a beloved family member. I always admired his strong family values, cheerful nature, honesty, integrity, and willingness to help others. Amit has been a loyal friend, someone I can rely on in times of emergency. He is always present at our family events, bringing energy and life to every gathering. Amit is always ready to lend a helping hand and enjoys bringing people together.

One of Amit's most admirable traits is his willingness to help without being asked. He has voluntarily assisted us with numerous house projects, and I am particularly grateful for his and his wife Shruthi's support during the pandemic. When my husband had to travel to India for a family emergency, Amit and Shruthi provided us with emotional support, especially for my children, who see him as their favorite uncle.

I am deeply impressed by Amit's love, dedication, and devotion to his young family, particularly his daughter. Even in challenging times, he maintains his composure and hides his tears behind a smiling face for the sake of his daughter, who finds joy and happiness in his presence. The thought of him being away from his family for any length of time breaks my heart, especially knowing the stress it would cause his young daughter.

Your Honor, over the past year and a half, I have noticed that Amit has suffered from unbearable humiliation, pain, and regret over what happened. I see that Amit has recognized his errors and learned the hard lesson. I graciously request you to consider the impact of your sentencing on his young family and plead for mercy, compassion, and leniency when sentencing Amit.

Thank you for taking the time to understand and consider my perspective.

Sincerely,

Shweta Turang

Rockaway, NJ -07866
M:
Email:

April 2, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

  My name is Smitha (Mullapudi) Manchiraju and I have known my friend, Amit Dagar, for the past 17 years. We started off as colleagues, we soon be came good friends. He he is one of the most kind, helpful and understanding person I have met. Over the years, we grew professionally, got married, had kids and seen life change around us and change us.

I lived in the same apartment complex as my friend for 5 years and moved to different state after marriage. His nature is to reach out help to maximum extent possible. Be it helping our neighbors to help clear the snow, so they could take their kids to school on next day. Or accompany a friend to a doctor's appointment on a snowy day. He would reach out and help any cause or an event at work or an occasion at someone place.

He was there to support help me financially when I was getting married. He was there at time when I got sad news from back home (India) to support morally. He used to be there to make sense of a situation when it got out of hand.

He was a person with very stable and strong sense of moral, I feel sad and surprised that he made such mistake. He has is very loving and supportive to his wife and an amazing father, he would never think of doing anything that would risk or put them in a regrettable situation.
I see he does repent and realizes his mistake; I graciously request you to consider his kind, helpful and responsible side and the impact of your sentencing on his life and family.

Your sincerely,
Smitha Manchiraju

Honorable Andrew L. Carter, Jr.                                      Date: 02-Apr-2024
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Carter,


I am writing to you today on behalf of my dear friend, Amit Dager, to provide insight into his character and the immense positive impact he has had on my family and our community.


For the past 18 years, Amit has been an integral part of our lives, akin to a beloved family member. He has consistently shown unwavering support, compassion, and empathy towards us during both joyous occasions and challenging times. From providing invaluable assistance to my wife when she was navigating ███████████████ to being a pillar of strength for our family, Amit's selfless actions have left an indelible mark on our hearts.


In 2004, when my wife ███████████████████████████████████████, a daunting journey lay ahead for our family. The news of her eventual need for ███████████████ was overwhelming, and amidst the uncertainty, Amit emerged as a beacon of hope and support. His presence during ██████████████████████████████████████████████ itself was a source of immense comfort for us. Throughout the years of ███████████████████, Amit's unwavering support never wavered, and his compassion knew no bounds.


Moreover, Amit's generosity extends beyond our family. When a mutual friend's spouse faced ██████ ████████████████, Amit was there without hesitation, offering his assistance and support in any way possible. His willingness to extend a helping hand to those in need is a testament to his character and the depth of his compassion for others.


I must also acknowledge Amit's profound remorse and regret for his actions that have led to the current investigation and criminal proceedings. He has expressed genuine accountability for his mistakes and the pain they have caused, demonstrating a deep sense of remorse that he will carry with him for the rest of his life. However, I firmly believe that these errors in judgment do not define the essence of his character, which is rooted in kindness, empathy, and selflessness.


Your Honor, I humbly implore you to consider the entirety of Amit's character and the positive impact he has had on countless lives when determining an appropriate course of action. While accountability is

crucial, I believe that allowing him to remain with his family and continue his invaluable contributions to our community would serve the interests of justice and uphold the principles of compassion and mercy.

Thank you for considering my perspective, and I trust that you will weigh Amit's character and contributions with fairness and compassion.

Respectfully yours,

Sri Kanagala

██████████████

Mystic CT 06355

March 31, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Mr. Amit Dagar's Sentencing

Dear Judge Carter:

I submit this on behalf of my prior manager Mr. Amit Dagar. I have professionally known Mr. Dagar and his family since I moved to Eliassen Group, New London, Connecticut in 2015. At that point of time, Mr. Amit Dagar was a star manager at Eliassen Group, and he was responsible for handling several projects at Eliassen Group in New London. In fact, it was Mr. Dagar's wife, Ms. Shruthi Dagar who was also a manager at Eliassen Group at that time, interviewed me and provided me with an opportunity to work in Mr. Dagar's team. We worked on multiple clinical trials projects under his guidance for a period of 3 years. Mr. Dagar's family moved to New Jersey later, and my family also moved to New Jersey in 2018 and we are currently in touch with Mr. Dagar and his family.

Mr. Dagar was so smart and talented that he was not only a clinical trials data analysis subject matter expert for a group of 60-70 Statistical Programmers but also an expert manager at solving technical and non-technical, resourcing, and project management issues. He was one of the first employees to come to office in the morning and was always there even after 6 pm when programmers needed help or when client needed his expertise in the meetings. One of the great acts of Mr. Dagar was his unwavering support for all programmers and many of them happened to be immigrant visa workers. He understood the struggles of those workers and fragility of their dreams despite their talent and academic credentials. He believed in all of them, supported them with his expertise, provided them with opportunities to learn new skills, promoted programmers as we got better, and personally connected with us and bonded with us in office and outside the office. Because of his support, several immigrant workers had a stable employment to support their low/middle income families back in India, and get their job contract extensions, get visas in time, get married, have a family and build families together. There are many Statistical Programmers at New London Eliassen office that are beyond grateful to Mr. Amit Dagar and Ms. Shruthi Dagar because they gave them opportunities to build their families and dreams. I am one of those immigrant visa workers and I am beyond grateful to him for his mentoring, his suggestions on my personal life. Because of his guidance and long-term support at that time, I became an experienced Statistical programmer in my field today and I am raising my small and beautiful family. Because of that continuous employment during initial days in my career, I could send some money to my low-income family in India and support my parents' needs.

As we were working on challenging projects of clients and getting better, American Immigration rules continued to change/tighten around 2016. Mr. Dagar was always on the side of immigrant visa workers to support our visa applications by requesting the Eliassen top management for a client letter which

proved we were working on Eliassen projects. He aided me at that time in getting one of those client letters that helped me secure my visa extension at that time. One of the situations I clearly remember till today is the work visa case of Mr. Anil Jangili, a full-time employee at Eliassen at that time, and he currently resides in North Carolina. Mr. Anil was in India in 2016 to attend his brother's wedding and his visa has ended during that time. Mr. Anil felt like he life and career dreams have ended with that visa issue. A few years before that, he spent significant amount of money to earn a master's degree in New Jersey. Hence, he was really in a bad time. Mr. Anil was in India and connected with Mr. Dagar. Mr. Dagar was so kind and professional that he connected with Eliassen upper management and got their approval to apply for a visa for Mr. Anil. Long story short, in a couple of months Mr. Anil got his visa and came back to New London and he was in tears after coming back and was extremely grateful for Mr. Dagar's help. Mr. Anil has continued to grow in his career and reached Associate Director of Programming position in a Pharma Company, married and raising his family. Mr. Anil can not forget the role Mr. Dagar has had in his whole life because of Mr. Dagar's support in 2016. I am also aware of others' situations like the above situation. All I could say, on behalf of all of my Eliassen Group colleagues that have thrived in their professional and personal lives, is thank you Mr. Dagar and you mean a lot to us.

Mr. Dagar is married to Ms. Shruthi Dagar, and I knew her equally well since 2015. Several of my colleagues specifically worked in projects that were supervised by Ms. Shruthi Dagar. Everyone that has ever interacted with Ms. Shruthi would say what a beautiful and kind soul she is. She has supported everyone in her teams above and beyond. They have a beautiful daughter, and she will be about the age to go to elementary school next year. To summarize, they are just a beautiful hard working honest, successful family that has been a big part of New London/Groton in Connecticut and in Hillsborough, New Jersey. They would love to experience the life together as the kid grows old and make memories together. I understand there is a mistake in one single incident that has led to this case, and it has caused tremendous amount of pain to his family and well-wishers. I would like to respectfully request that Judge Carter be lenient with my prior Manager, Mr. Dagar, and allow him to stay home with his family and continue to help the many people who rely on him. He is a very good man, and I can state with certainty that he never intended to cause anyone harm.

Respectfully submitted,

K. Srinivasa Murthy

Srinivasa Murthy Koutha

Piscataway, NJ 08854

Ph:

Email:

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

Amit, my youngest brother-in-law, radiates love and warmth, captivating the hearts of our entire family. Since my marriage in 2001, when I stepped into this new world, everything felt foreign except for Amit. His infectious energy, friendliness, and unwavering support made me feel like I belonged from the very start.

Amidst pursuing my master's in science and navigating the challenges of adapting to a new environment, Amit's encouragement was my guiding light. He not only motivated me to excel in my studies but also empowered me to embrace independence. Amit's unwavering support extended beyond words. He took it upon himself to teach me how to drive, easing my reliance on foot travel.

His respect for elders and devotion to family were unparalleled. His compassion and humility left an indelible mark on our children, who learned invaluable life lessons simply by observing him.

Amidst his own trials and tribulations over the past year and a half, Amit's unwavering commitment to his family remains resolute. Despite facing personal challenges, he continues to comfort his ███ mother from afar with unwavering serenity.

In 2019, when tragedy struck and my father-in-law passed away suddenly, Amit's presence was a beacon of hope amid the darkness. Despite welcoming the first newborn into his own family, his lovely daughter ███, just days before he made the journey to India to bid farewell to his father, offering solace to his grieving mother and siblings.

Amit's compassion transcends boundaries. He treats everyone with the same kindness and respect, regardless of their station in life.  His generosity extends beyond his immediate circle, as he tirelessly supports those in need, whether it's helping a widow rebuild her home or providing education to a child orphaned by the pandemic.

His humility knows no bounds. Despite his countless acts of kindness, Amit never seeks recognition or praise. He leads by example, inspiring others to follow in his footsteps.

Amit's firm dedication to his loved ones is awe-inspiring. His visits to India become occasions of joy and togetherness, as he unites the entire family with his infectious spirit. He is not just an exemplary son and father but also a mentor and role model to many.

Even on his birthdays, when he is far from home, Amit's spirit of giving shines through as he celebrates by bringing joy to the less fortunate. His commitment to serving his community and honoring his roots reflects his unwavering integrity and compassion. In the face of adversity, I hold steadfast to my belief that Amit will emerge victorious. His strength, resilience, and unwavering faith will see him through even the toughest of times. He is not just a brother-in-law but a pillar of strength and a source of inspiration to us all.

I implore you to consider the profound impact that any sentencing decision will have on Amit's family and whose absence would leave a significant void in the lives of his 4-year daughter and wife. Of particular concern is Amit's young daughter, at such a tender age, she is ill-equipped to comprehend or navigate the complexities of an adverse situation in the absence of her father's guidance and support.

Your Honor, I respectfully urge you to consider his daughter's future and exercise leniency in sentencing.

Thank you for your attention to this matter.
Warm Regards
Suman Dagar

Dear Judge Carter,                                        4/14/2024

United States District Judge

Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

I am submitting this letter on behalf of my dear friend, Amit Dagar, with the hope that you will consider him as a whole person and recognize the importance of his presence in his family's lives when making your sentencing decision. I have had the privilege of knowing him for seven years. During this time, he served as a manager at my office. While he was not my immediate supervisor, he took the time to welcome me to the workplace, introducing me to other colleagues and making me feel at home. Despite his busy schedule, he always made himself available for guidance and support, even extending the offer for assistance beyond his direct responsibilities.

One of the fondest memories I have is our daily coffee meetings at the office. Amit would gather a few of our colleagues, and we would engage in stimulating conversations on a wide range of topics. His intellect and willingness to share his insights enriched our discussions, fostering a sense of camaraderie among us.

Amit is the epitome of reliability and compassion. Whether during moments of joy or times of hardship, he remains steadfast, offering kindness, composure, and valuable perspectives. Throughout the years, he has consistently demonstrated his altruism and dedication to helping others, embodying the qualities of a true team player.

With the utmost respect, I humbly request that Your Honor show leniency towards my dear friend, Amit, and consider allowing him to remain with his family. He is a good-hearted individual, and I can attest with certainty that he never harbored any intentions of causing harm to anyone.

Thank you for your attention to this matter.

Sincerely,

Thirumalesh Juluri

Waterford, CT.

To,

Honorable Judge

Andrew L. Carter, Jr.

United States District Judge Southern District of New York.

My name is Ulupi Shah and I am a CPA by profession.  I was surprised to hear about Amit Dagar's conviction when one of the mutual friends broke the news to me on March 24, 2024.  I knew Amit when I moved to Groton CT from India in 2013.  The couple years that I was in Groton we used to spend lot of the weekends together.

After he moved to New Jersey we couldn't meet due distance and our busy work schedules, but before that in the short time that I knew him he celebrated all my small movements.  He has always been wise, selfless and be there friend to me.  I had my first child few months apart from Amit Dagar's daughter ███ and know that ███ and Shruti-his wife are going to need him the most.

The notion that he will have to be away from his family for any period breaks my heart.  If you could look into his heart, you will see a person of decent character.  I sincerely hope you can show leniency considering the totality of this honest, sincere, and selfless person.

Sincerely,

Ulupi Shah

███████████

Farmington CT- 06032

14th April, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Andrew L. Carter, Jr.,

I am writing to you as a longtime friend and acquaintance of Amit Dagar, whose sentencing you are currently deliberating. I have known Amit since 2008, and during these years, I have come to know him not only as a friend but as someone with a genuinely good heart.

Throughout our friendship, I have witnessed Amit's unwavering commitment to standing up against social injustice and his genuine willingness to support others within our community. His dedication to making positive contributions to society has always been evident, most notably his spontaneous volunteering efforts to help others.

I understand the gravity of the situation at hand and recognize the importance of upholding the law. I urge Your Honor to consider Amit's entire character and contributions to our community when determining his sentence.

Moreover, I wish to highlight the unintended consequences that a lengthy sentence could impose on particularly his 4-year-old daughter. Having had the privilege of acquainting myself with his family, I am genuinely concerned about the potential disruption and emotional toll such a separation would exact upon them. The absence resulting from his sentencing could create a significant emotional vacuum, especially impacting his young daughter, who is currently in a critical developmental phase.

While I have utmost respect for judicial process and the need for accountability, I also appeal for mercy in your judgment. I sincerely believe that Amit is remorseful for his actions and is committed to making amends and rebuilding trust within our community.

Thank you for considering my perspective as you deliberate on Amit's case. Please feel free to reach out to me if you require any further information or clarification.

Sincerely,

*Unnat Patel*

Unnat Patel
<span style="color:black">█████████████</span>
Bartlett, IL 60103
Phone: <span style="color:black">████████</span>
Email: <span style="color:black">█████████</span>

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Carter,

My name is Venkatesh Burla and I am writing this letter on behalf of my dear friend, Amit Dagar. I know Amit for over a decade now. We both started off as colleagues in the same company where Amit was my manager. After a decade spent as his colleague and friend, I can safely say Amit is a kind, compassionate, and honest man.

I vividly recall my first day at work, August 12, 2013, working with Amit. He mentored me through my initial training and, when needed, provided me with additional aid to help understand my work better. All through my initial days at work, Amit provided me with unwavering support and always made sure that I was comfortable and confident in my role. I remember a time when deadlines loomed and I found myself unable to complete my tasks. Despite having prior commitments, Amit selflessly dedicated extra time after office hours to sit with me, ensuring the timely completion of our deliverables. Amit's approachability and willingness to assist were instrumental during my initial adjustment period.

Amit also went above and beyond what his role as a manager demanded to help his colleagues. I remember a time when I was 

Another example that highlights Amit's kindness and exceptional character is when my car's left side mirror was damaged in an unfortunate accident. Unable to drive properly with the broken mirror and awaiting my paycheck to afford a replacement, I found myself in a difficult situation. Sensing my predicament, Amit took it upon himself to help me. Without hesitation, he went out of his way by diligently researching the model details of my car and promptly ordering the necessary replacement mirror. Not just that, he further extended his assistance by helping me to install the new mirror on my car.

Amit's supportive nature extended beyond just me; he consistently demonstrated a commitment to aiding his colleagues. As a senior manager, Amit fostered a sense of camaraderie, making himself readily available for discussions and guidance. I can safely say that Amit was not only our manager at work but a mentor and a guide who was always there for me and the team.

While seemingly small gestures, these acts of kindness speak volumes about Amit's character and his innate qualities of compassion and thoughtfulness. I can vouch for Amit's character with absolute certainty that he is a kind, compassionate, and a warm person who would

go out of his way to help people. He would be sorely missed by his family, friends, and everyone that knows Amit personally, including myself. Amit is an outstanding human being, and I respectfully request your honor to please see Amit's innate qualities and consider a lenient sentence. Thank you.


Respectfully yours,
Venkatesh Burla

14th April, 2024

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Andrew L. Carter, Jr.,

I am writing to you today on behalf of a family friend, Amit Dagar, in the hope that you will consider the entirety of his character and the indispensable role he plays in the lives of his family and friends as you deliberate your sentencing decision.

Amit Dagar is not just a friend; he is a beacon of support and reliability, a steadfast presence in both times of celebration and moments of adversity. Over the past decade and a half, I have had the privilege of knowing Amit, and I can attest to his unwavering commitment to being there for those in need. Amit's willingness to lend a helping hand knows no bounds. Whether it's coming to the rescue on a deserted highway, aiding in the daunting task of relocating, or offering transportation when none is available, he has consistently demonstrated his reliability and dependability.

Moreover, I have had the privilege of witnessing first hand his evolution from a responsible young man to a devoted husband and, most recently, to a nurturing and affectionate father. His dedication to his family knows no bounds, and he consistently prioritizes their well-being above all else.

I acknowledge the gravity of the decision you face in sentencing Amit. However, I respectfully urge you to consider alternatives to incarceration that would allow him to remain with his family. Separating Amit from his loved ones through incarceration would not only impact him but also inflict immeasurable emotional hardship on his family. I believe that with the right support and guidance, Amit can continue to contribute positively to society while remaining an integral part of his family's life.

In closing, I implore you to view Amit Dagar not solely through the lens of his mistakes but as a multifaceted individual who is deeply cherished by those around him. Your decision will not only affect him but will also have far-reaching consequences for his family, who rely on him for strength and guidance.

Thank you for considering my words as you weigh the impact of your sentencing decision on Amit and his family. Should you require any further information or clarification, please do not hesitate to contact me.

Sincerely,
Zarna Patel

███████████████

Bartlett, IL 60103

███████████████