Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

PATRICK J. SMITH
D: 212.377.0851
patrick.smith@csvllp.com

July 25, 2024

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Dagar*, No. S1 23-cr-319

Dear Judge Carter:

We represent Defendant Amit Dagar in the above-referenced matter. We write concerning Dagar's Sentencing Memorandum filed on July 12, 2024 (ECF Nos. 128–128-7).

On July 12, 2024, we filed the Sentencing Memorandum with Exhibit C (ECF No. 128-3) containing letters from Dagar's family and friends. Pursuant to Attachment B of the Court's Individual Practices, we filed on the docket a version of Exhibit C which redacted the five categories of sensitive information and six categories of information requiring caution as described in the Southern District's ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF Cases. We recognized today that we inadvertently did not redact the home address and personal identifying information appearing on one of the letters contained in Exhibit C. We immediately contacted the ECF Help Desk to request that Exhibit C be placed under temporary seal in accordance with Section 21.8(a) of the Southern District's ECF Rules & Instructions.

This evening, consistent with Section 21.8(c) of the Southern District's ECF Rules & Instructions, we filed a correctly redacted version of Exhibit C as ECF No.130. Accordingly, we respectfully request that the Court seal the original version of Exhibit C (ECF No. 128-3).

Respectfully submitted,

/s/ *Patrick J. Smith*
Patrick J. Smith

cc: AUSA Alexander Rossmiller
AUSA Justin Rodriguez