

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

October 8, 2024

**VIA ECF**

The Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007-1312

    Re:    *United States v. Dagar* **23 Cr. 319 (ALC)**

Dear Judge Carter:

    On August 6, 2024, the Court sentenced the defendant, Amit Dagar, and ordered that he pay forfeiture in the amount of $272,861.99. The Government respectfully requests that the Court enter the enclosed proposed Preliminary Order of Forfeiture / Money Judgment, attached as Exhibit A, which is consistent with the forfeiture imposed as part of the Court's sentence.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                by: _____
                              Justin V. Rodriguez
                              Assistant United States Attorney
                              (212) 637-2591

Enclosure

Cc:    Counsel of Record (ECF)